1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  360NETWORKS (USA), INC., a Nevada corporation, | Case Nos. CV 12-1831 (JEM) and CV 12-10509 (JEM) |

360NETWORKS (USA), INC., a
Nevada corporation,

    Plaintiff,

  vs.

FREEDOM
TELECOMMUNICATIONS, INC., a
California corporation; and DOES 1
through 10, inclusive,

    Defendants.

Case Nos. CV 12-1831 (JEM)
  and CV 12-10509 (JEM)

Hon. John E. McDermott

**[PROPOSED] ORDER FOR
DISMISSAL WITH
PREJUDICE PURSUANT TO
F. R. CIV. P. 41(a)(1)(A)(ii)**

Trial Date: March 11,  2014

FREEDOM
TELECOMMUNICATIONS, INC.,

    Counterclaim-Plaintiff,

  vs.

360NETWORKS (USA), INC.,

    Counterclaim-Defendant.

602276524v1

- 1 -

The parties having stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.      The above-captioned action, *360Networks (USA), Inc. v. Freedom Telecommunications, Inc.*, Case No. CV 12-1831 (JEM), is dismissed with prejudice;

2.      Related case *Freedom Telecommunications, Inc., v. 360Networks (USA), Inc.,* Case No. CV 12-10509 (JEM) is dismissed with prejudice; and

3.      Each of the parties is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  May 9, 2014                              By: _John E. McDermott_____
                                                    Hon. John E. McDermott
                                                    United States Magistrate Judge

PRESENTED BY:

MICHAEL J. FINNEGAN
NATHAN M. SPATZ
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, California  90017

By:   _/s/ Michael J. Finnegan_____
         Michael J. Finnegan
         Attorneys for Plaintiff
         360NETWORKS (USA), INC.